UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17CR00067 CDP |
| ) | |
| JONATHAN CHUNG, ) | |
| ) | |
| Defendant. ) | |

### SATISFACTION OF RESTITUTION

The United States of America acknowledges satisfaction of restitution.

CARRIE COSTANTIN
Acting United States Attorney

/s/ Joshua M. Jones
JOSHUA M. JONES #61988MO
Assistant U. S. Attorney
111 S. 10th Street, Suite 20.333
St. Louis, MO 63102
(314) 539-2200

### CERTIFICATE OF SERVICE

I hereby certify that on Aug. 28, 2017, the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

Jonathan Chung, 2254 England Town Road, St. Louis, Missouri 63129

/s/ Joshua M. Jones
JOSHUA M. JONES #61988MO
Assistant United States Attorney